NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WRINKL, INC.,**
*Appellant*

v.

**META PLATFORMS, INC.,**
*Appellee*

---

2023-1369, 2023-1370

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00882, IPR2021-00883.

---

### **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2                              WRINKL, INC. V. META PLATFORMS, INC.


(2)  Each side shall bear their own costs.


                                        FOR THE COURT

April 19, 2023
     Date                           /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** April 19, 2023